IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

JONOTHAN W. GRACE,                     )
                                       )
              Plaintiff,               )
                                       )
v.                                     )      No. 3:05-CV-063
                                       )
JO ANNE B. BARNHART,                   )
Commissioner of Social Security,       )
                                       )
              Defendant.               )

## **O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously

with this order, defendant's motion for summary judgment [doc. 12] is **GRANTED**.

Plaintiff's motion for summary judgment [doc. 8] is **DENIED**. The final decision of the

Commissioner is **AFFIRMED**. This case is **DISMISSED**.

**IT IS SO ORDERED.**

                                              ENTER:


                                       _____
                                              s/ Leon Jordan
                                       United States District Judge